No. 9089.   STATE ex rel. LESLIE HUDSON, Relator, v. DISTRICT COURT OF STILLWATER COUNTY, MONTANA, Respondent.
Decided May 18, 1951.
230 Pac. (2d) 965.

*Leslie Hudson*, pro se.
Per Curiam.
The petition of relator Leslie Hudson for a writ of certiorari is denied.